## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| YASUND Q. HANCOCK, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 2:11-CV-00076-RWS |
| | : | |
| v. | : | |
| | : | |
| OFFICER BRENT CAPE, | : | PRISONER CIVIL RIGHTS |
|    Defendant. | : | 42 U.S.C. § 1983 |

### **ORDER**

While incarcerated at the Hall County Detention Center ("HCDC") in Gainesville, Georgia, Plaintiff, since released, filed a 42 U.S.C. § 1983 complaint (Doc. 1) and amended complaint (Doc. 7) claiming that Defendant had used excessive force against him at the HCDC. The Magistrate Judge recommended that Defendant's motion to dismiss the complaint (Doc. 37) be granted because Plaintiff had failed to exhaust the administrative remedies available to him before filing his complaint. (Doc. 45). Over Plaintiff's objections (Doc. 47), the Court adopted that recommendation. (Doc. 50). Plaintiff has filed a notice of appeal (Doc. 52) and now seeks leave to proceed *in forma pauperis* on appeal (Doc. 58).

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); *see Ghee v.*

AO 72A
(Rev.8/82)

*Retailers Nat'l Bank*, 271 Fed Appx. 858, 859-60 (11th Cir. 2008) (citing *Coppedge v. United States*, 369 U.S. 438, 445 (1962), for the proposition that a "party demonstrates good faith by seeking appellate review of any issue that is not frivolous when examined under an objective standard," and noting that a non-frivolous claim is one "capable of being convincingly argued," so that "where a claim is arguable, but ultimately will be unsuccessful, it should be allowed to proceed") (internal quotations omitted); *DeSantis v. United Techs. Corp.*, 15 F. Supp. 2d 1285, 1288-89 (M.D. Fla. 1998) (stating that good faith "must be judged by an objective, not a subjective, standard" and that an appellant "demonstrates good faith when he seeks appellate review of any issue that is not frivolous").

As set forth in the Magistrate Judge's Final Report and Recommendation (Doc. 45) and in this Court's Order adopting that recommendation (Doc. 50), Plaintiff has not presented a non-frivolous issue for appellate review regarding whether he properly exhausted his administrative remedies before seeking relief in this Court. Accordingly, the Court **CERTIFIES** under 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal is not taken in good faith.  Plaintiff's motion for leave to proceed on appeal *in forma pauperis* (Doc. 58) is **DENIED**.  Because Plaintiff is no longer a prisoner, he is not required to participate in a partial payment plan for his appellate filing fee.

AO 72A
(Rev.8/8
2)

**IT IS SO ORDERED** this   28th   day of April, 2014.

_____
**RICHARD W. STORY**
United States District Judge